AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Marvin D. Spady_

Plaintiff

V.

Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  0 6 - 4 2 7

I, _Marvin D. Spady_ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   • ✔ Yes    • • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _Delaware S.C.I._

    **Inmate Identification Number (Required):** _224202_

    Are you employed at the institution? _no_ Do you receive any payment from the institution? __

    _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2.  Are you currently employed?   • • Yes    • ✔ No

    a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • ✔ No |
    | b. | Rent payments, interest or dividends | • • Yes | • ✔ No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • ✔ No |
    | d. | Disability or workers compensation payments | • • Yes | • ✔ No |
    | e. | Gifts or inheritances | • • Yes | • ✔ No |
    | f. | Any other sources | • • Yes | • ✔ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

FILED 2006 JUL 10 PM 3: 32 CLERK OF U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?          • • Yes     ✓ No

    If "Yes" state the total amount  $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
    valuable property?
                                                                    • • Yes     • ✓ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute to their support, *OR* state *NONE* if applicable.

    I declare under penalty of perjury that the above information is true and correct.

July 5, 2006                          _____
    DATE                                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:   A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

Printed: 6/8/2006

### *Average Daily Balance For Pauper Filing*
**For Days the Individual was in Residence at SCI from 1/24/2006 through 5/31/2006**

Page 1 of 3

*SBI:  00224202*            *NAME:*    *SPADY, MARVIN D*

| Date | Balance |
|------|---------|
| 01/24/2006 | $0.00 |
| 01/25/2006 | $0.00 |
| 01/26/2006 | $0.00 |
| 01/27/2006 | $0.00 |
| 01/28/2006 | $0.00 |
| 01/29/2006 | $0.00 |
| 01/30/2006 | $0.00 |
| 01/31/2006 | $0.00 |
| 02/01/2006 | $0.00 |
| 02/02/2006 | $0.00 |
| 02/03/2006 | $0.00 |
| 02/04/2006 | $0.00 |
| 02/05/2006 | $0.00 |
| 02/06/2006 | $0.00 |
| 02/07/2006 | $0.00 |
| 02/08/2006 | $0.00 |
| 02/09/2006 | $0.00 |
| 02/10/2006 | $0.00 |
| 02/11/2006 | $0.00 |
| 02/12/2006 | $0.00 |
| 02/13/2006 | $0.00 |
| 02/14/2006 | $0.00 |
| 02/15/2006 | $0.00 |
| 02/16/2006 | $0.00 |
| 02/17/2006 | $0.00 |
| 02/18/2006 | $0.00 |
| 02/19/2006 | $0.00 |
| 02/20/2006 | $0.00 |
| 02/21/2006 | $0.00 |
| 02/22/2006 | $0.00 |
| 02/23/2006 | $20.00 |
| 02/24/2006 | $20.00 |
| 02/25/2006 | $20.00 |
| 02/26/2006 | $20.00 |
| 02/27/2006 | $20.00 |
| 02/28/2006 | $16.32 |
| 03/01/2006 | $4.26 |
| 03/02/2006 | $4.26 |
| 03/03/2006 | $4.26 |
| 03/04/2006 | $4.26 |
| 03/05/2006 | $4.26 |
| 03/06/2006 | $4.26 |
| 03/07/2006 | $4.26 |
| 03/08/2006 | $0.21 |
| 03/09/2006 | $0.21 |
| 03/10/2006 | $0.21 |
| 03/11/2006 | $0.21 |
| 03/12/2006 | $0.21 |

06 - 427

2006 JUL 10 PM 3: 33

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## *Average Daily Balance For Pauper Filing*

### *For Days the Individual was in Residence at SCI from 1/24/2006 through 5/31/2006*

**SBI: 00224202**          **NAME:     SPADY, MARVIN D**

| Date | Balance |
|------|---------|
| 03/13/2006 | $0.21 |
| 03/14/2006 | $0.21 |
| 03/15/2006 | $0.21 |
| 03/16/2006 | $20.21 |
| 03/17/2006 | $20.21 |
| 03/18/2006 | $20.21 |
| 03/19/2006 | $20.21 |
| 03/20/2006 | $20.21 |
| 03/21/2006 | $20.21 |
| 03/22/2006 | $0.49 |
| 03/23/2006 | $0.49 |
| 03/24/2006 | $0.49 |
| 03/25/2006 | $0.49 |
| 03/26/2006 | $0.49 |
| 03/27/2006 | $0.49 |
| 03/28/2006 | $0.49 |
| 03/29/2006 | $0.00 |
| 03/30/2006 | $0.00 |
| 03/31/2006 | $0.00 |
| 04/01/2006 | $0.00 |
| 04/02/2006 | $0.00 |
| 04/03/2006 | $0.00 |
| 04/04/2006 | $0.00 |
| 04/05/2006 | $0.00 |
| 04/06/2006 | $0.00 |
| 04/07/2006 | $0.00 |
| 04/08/2006 | $0.00 |
| 04/09/2006 | $0.00 |
| 04/10/2006 | $0.00 |
| 04/11/2006 | $0.00 |
| 04/12/2006 | $0.00 |
| 04/13/2006 | $0.00 |
| 04/14/2006 | $0.00 |
| 04/15/2006 | $0.00 |
| 04/16/2006 | $0.00 |
| 04/17/2006 | $0.00 |
| 04/18/2006 | $0.00 |
| 04/19/2006 | $20.00 |
| 04/20/2006 | $20.00 |
| 04/21/2006 | $20.00 |
| 04/22/2006 | $20.00 |
| 04/23/2006 | $20.00 |
| 04/24/2006 | $20.00 |
| 04/25/2006 | $20.00 |
| 04/26/2006 | $0.86 |
| 04/27/2006 | $0.86 |
| 04/28/2006 | $0.86 |
| 04/29/2006 | $0.86 |

Printed: 6/8/2006

*Average Daily Balance For Pauper Filing*

Page 3 of 3

*For Days the Individual was in Residence at SCI from 1/24/2006 through 5/31/2006*

*SBI: 00224202*        *NAME:*    *SPADY, MARVIN D*

| Date | Balance |
| --- | --- |
| 04/30/2006 | $0.86 |
| 05/01/2006 | $0.86 |
| 05/02/2006 | $0.86 |
| 05/03/2006 | $0.86 |
| 05/04/2006 | $0.86 |
| 05/05/2006 | $0.86 |
| 05/06/2006 | $0.86 |
| 05/07/2006 | $0.86 |
| 05/08/2006 | $0.86 |
| 05/09/2006 | $0.86 |
| 05/10/2006 | $0.86 |
| 05/11/2006 | $0.86 |
| 05/12/2006 | $0.86 |
| 05/13/2006 | $0.86 |
| 05/14/2006 | $0.86 |
| 05/15/2006 | $0.86 |
| 05/16/2006 | $0.86 |
| 05/17/2006 | $20.86 |
| 05/18/2006 | $20.86 |
| 05/19/2006 | $20.86 |
| 05/20/2006 | $20.86 |
| 05/21/2006 | $20.86 |
| 05/22/2006 | $20.86 |
| 05/23/2006 | $20.86 |
| 05/24/2006 | $20.86 |
| 05/25/2006 | $20.86 |
| 05/26/2006 | $20.86 |
| 05/27/2006 | $20.86 |
| 05/28/2006 | $20.86 |
| 05/29/2006 | $20.86 |
| 05/30/2006 | $20.86 |
| 05/31/2006 | $20.86 |

*Summary for 'SBI' = 00224202 (128 detail records)*    **Average Daily Balance:**    **$5.81**

# Prior Month -- Individual Statement

Date Printed: 6/8/2006                                                                        Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|----|--------|------------------|-------|
| 00224202 | SPADY | MARVIN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Committed | | 1/24/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 6/8/2006                                                                         Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|-------------------|-------|
| 00224202 | SPADY | MARVIN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Copies | | 2/7/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| Postage-Com | | 2/8/2006 | $0.00 | $0.00 | ($1.68) | $0.00 | $0.00 |
| Mail MO | DOROTHY SPADY | 2/23/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Copies | | 2/28/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | $18.00 |
| Postage-Com | | 2/28/2006 | ($1.68) | $0.00 | $0.00 | $0.00 | $16.32 |
| | | | | | Ending Mth Balance: | | $16.32 |

# Prior Month -- Individual Statement

Date Printed: 6/8/2006                                                                                    Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.32 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00224202 | SPADY | MARVIN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 3/1/2006 | ($12.06) | $0.00 | $0.00 | $0.00 | $4.26 |
| Commissary | | 3/8/2006 | ($4.05) | $0.00 | $0.00 | $0.00 | $0.21 |
| Mail MO | DOROTHY SPADY | 3/16/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.21 |
| Commissary | | 3/22/2006 | ($19.72) | $0.00 | $0.00 | $0.00 | $0.49 |
| Postage | | 3/28/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.49 |
| Postage | | 3/28/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.49 |
| Copies | | 3/28/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.49 |
| Postage | | 3/29/2006 | ($0.07) | $0.00 | ($0.35) | $0.00 | $0.42 |
| Postage | | 3/29/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed:  6/8/2006                                                                    Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|----|--------|------------------|-------|
| 00224202 | SPADY | MARVIN | D | | | |
| **Current Location:** | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|-------------------|--------------|---------|
| Mail MO | DOROTHY SPADY | 4/19/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | | 4/26/2006 | ($17.79) | $0.00 | $0.00 | $0.00 | $2.21 |
| Copies | | 4/26/2006 | ($1.00) | $0.00 | $0.00 | $0.00 | $1.21 |
| Postage | | 4/26/2006 | ($0.35) | $0.00 | $0.00 | $0.00 | $0.86 |
| | | | | | **Ending Mth Balance:** | | **$0.86** |

# Prior Month -- Individual Statement

Date Printed: 6/8/2006                                                                                 Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.86 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00224202 | SPADY | MARVIN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Mail MO | DOROTHY SPADY | 5/17/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.86 |
| | | | | | Ending Mth Balance: | | $20.86 |

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: _Spady_____ _Marvin_____ _O_____
                    (Last)              (First)       (M.I.)

       SBI Number: _724202_____

       Housing Unit: _W-3_____

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _1·24_, _2006_
through _05-31_, _2006_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ _5.81_.

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007