(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Marvin O. Spady  224202
(Name of Plaintiff)    (Inmate Number)

SCI P.O Box 500 PT HU 304
Georgetown, De 19947
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 427

(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) Mary Hudson (4) Aaron L. Chaffich
(2) Rick Kearney (5) Stan Taylor
(3) Dave Vinson (6) Thomas Macleish
(Names of Defendants)
(7) Nancy Thomas (8) Danielle Kranka
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED 2006 JUL 10 PM 3:32 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

I.    **PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • • Yes  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  •✗ No

C. If your answer to "B" is <u>Yes</u>:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is <u>No</u>, explain why not: This happened before I was released. I am in prison for something else at present time

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Mary Hudson

   Employed as Counselor at Sussex Correctional Institute

   Mailing address with zip code: P.O. Box 500
   Georgetown, De 19947

(2) Name of second defendant: Rick Kearney

   Employed as Warden at SCI

   Mailing address with zip code: P.O Box 500
   Georgetown, De 19947

(3) Name of third defendant: Dave Vinson

   Employed as Records Supervisor at SC.I

   Mailing address with zip code: P.O Box 500
   Georgetown, De 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Lt. Col Thomas Macleish (Chaffinch's successor)
Employed as Superintendent of Delaware State Police
1441 N. Dupont Hwy.
Dover, De 19901

Aaron L Chaffinch
Employed as Superintendent of Del State Police (now retired)
1441 N. Dupont Hwy.
Dover, De 19901

Stan Taylor
Employed as Correction Comissioner
Central Administration Bld.
245 Mckee Rd.
Dover, De 19904

Nancy Thomas
Employed as Counselor at S.C.I.
P.O Box 500
Georgetown, De 19947

Danielle Kramka
Employed as Counselor at S.C.I
P.O Box 500
Georgetown, De 19947

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. In Feb 4, 2005, Counselor Mary Hudson bring me a sex offender registry paper. Told me I had to sign or I would not be released from prison this paper was wrong I was posted as a High Risk sex offender. This ran on worldwide internet from Feb 4, 05 to March 24, 06 when Honorable Judge E. Scott Bradley corrected it. This violated my equal protection right of 14 Amendment to the United States also

2. Danielle Kvanka and Nancy Thomas made me sign paper before being released Stan Taylor, Rick Kearney, Dave Vinson also work at prison they all defendants above acted under color of state forcing me to sign false paper saying I was Tier 3 High risk sex offender allowing this

3. to be posted on internet. Lt Col Thomas Macleish is supposed to audit Sex Offender Registery, he succeeded Aaron L. Chaffinch neither did audit and allowed me a tier 1 sex offender to be posted on internet profiled as Highrisk sex offender. They all defendants above have violated my equal protection 14 amend. and Defamation of my character.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Money damages for mental and emotional abuse the damages are hedonic damages. Never post inmates on sex offender registry who are not to be posted on world wide internet.

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __5__ day of __July__, 2_006_.

_Marvin D. Spady_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



224202
I/M: Marvin Q Spady   BLDG. PT HY 304
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

District Court
Lock Box 18
King Street
Wilmington De      19801