IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVIN D. SPADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-427-SLR |
| | ) |
| MARY HUDSON, RICK KEARNEY, | ) |
| DAVE VINSON, AARON L. CHAFFINCH, | ) |
| STAN TAYLOR, THOMAS MACLEISH, | ) |
| DANIELLE KRAMKA, NANCY THOMAS, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
JUL 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I, Marvin D. Spady, SBI #224202 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.20 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  July 20 , 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  July 26 , 2006.

_____
Signature of Plaintiff

224202
I/M: Marvin D. Spady   BLDG: PT HU 304
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware

19801-3570