To: Peter T. Dalleo
874 King St. Lockbox 18
Wilmington, De. 19801
U.S. Courthouse

Oct. 10, 2006 A.D.

From: Marvin O. Spady SBI 224202
D.C.C. Unit 17 A44
1181 Paddock Rd.
Smyrna, De 19977

06cv427SLR
FILED
OCT 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Change of Address / Secured Housing

Dear Mr. Dalleo,

I am writing to let you know I have move to another prison, I am also in a Isolated Housing Unit. Getting thing from law library take longer cause I have to write to recieve information, photocopies, etc. from law library. Also I will be sending in amended complaint, do I have to send same amount of copies? Can I get another copy of first complaint? While being moved I lost the other copy. I first complaint forgot to state what lot. did and three were dismissed wait to correct this problem. Your time is greatly appreciated in this matter.

Sincerely,
Marvin O. Spady

IM Marvin O. Spady
SBI# 224202   UNIT 17 A44
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570


