OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 17, 2006

TO: Marvin D. Spady
    SBI# 224202
    DCC
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Return of Unsigned 285 Forms, in Civ. No. 06-427 SLR*

Dear Mr. Spady:

The above referenced 285 Forms for defendant's **Lt. Thomas Macleish, the attorney general for the State of Delaware, Danielle Kramka, Nancy Thomas, Aaron L. Chaffinch, and Mary Hudson** are being returned to you. Be advised that these forms must be signed by you in order to properly execute service. Please return your **signed forms** to the Clerk's office so that the U.S. Marshal Service is able to properly execute service on your behalf.

Also, enclosed is a copy of your original complaint (D.I. #2), per your request made on 10/13/06 in a letter to the Clerk (D.I. #8).

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/rpg                                PETER T. DALLEO
                                    CLERK


cc: the Honorable Sue L. Robinson, Civ. No. 06-247 SLR
    alpha file