(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Marvin O. Spady   224202__
   (Name of Plaintiff)   (Inmate Number)

__D.C.C. Bld. 17 A 44__
__1181 Paddock Rd.__
__Smyrna, De 19977__
(Complete Address with zip code)

(2) _____
  (Name of Plaintiff)  (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Mary Hudson, Rick Kearney, Dave Vinson__

(2) __Aaron L. Chaffinch, Stan Taylor, Thomas Macleish__

(3) __Danielle Kramka, Nancy Thomas, DE.D.O.C.__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__06-427-SLR__
(Case Number)
( to be assigned by U.S. District Court)

Amended
CIVIL COMPLAINT

☒ Jury Trial Requested

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • • Yes  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  ✗ • No

C. If your answer to "B" is <u>Yes</u>:

  1. What steps did you take? _____

  2. What was the result? _____

D. If your answer to "B" is <u>No</u>, explain why not: This happened before I was released, I am in prison for something else

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Mary Hudson
Employed as Counselor at Sussex Correctional Institute
Mailing address with zip code: P.O. Box 500
Georgetown, De 19947

(2) Name of second defendant: Aaron L. Chaffinch
Employed as Superintendant (retired) at Del State Police
Mailing address with zip code: 1441 N. Dupont Hwy.
Dover, De 19901

(3) Name of third defendant: Lt. Col. Thomas Macleish (Chaffinch successor)
Employed as Superintendant at Del State Police
Mailing address with zip code: 1441 N. Dupont Hwy.
Dover, De 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

III. Defendants (continued)

4. Stan Taylor
   Employed as Correction Commissioner at DELAWARE DEPT OF CORRECTION
   Central Administration Bld,
   245 McKee Rd
   Dover De 19904

5. Rick Kearney
   Employed as Warden at Sussex Correctional Institute
   P.O Box 500
   Georgetown, De 19947

6. Dave Vinson
   Employed as Records Supervisor at Sussex Correctional Institute
   P.O. Box 500
   Georgetown, De 19947

7. Nancy Thomas
   Employed as Senior Counselor at Sussex Correctional Institute
   P.O Box 500
   Georgetown, De 19947.

8. Danielle Kramka
   Employed as Counselor at Sussex Correctional Institute
   P.O. Box 500
   Georgetown, De 19947.

9. DELAWARE DEPT OF CORRETION
   Central Administration Bld.
   245 Mckee Rd.
   Dover, De, 19904

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Feb. 4, 2005 Counselor Mary Hudson brung me a sex offender registry paper. Told me I had to sign or I would not be released from prison, this paper was wrong. I was posted as a High-risk Sex offender. This ran on worldwide internet from Feb. 4, 2005 to March 24, 2006, when Honorable Judge E Scott Bradley corrected

2. it according to DE statute. This violated my equal protection of the 14th amendment. Defamated my character also cause severe emotional and mental stress. DE D.O.C. registered me as a tier three before release causing D.O.C. to have violated my equal protection 14 amendment, Defamation also severe mental and emotional distress. Counselors at D.O.C. Nancy Thomas

3. and Danielle Kranka also forced me to sign false papers before being released from prison violating equal protection 14 Amendment and defamation causing severe mental and emotional distress. Top officials at Dept of Corrections Stan Taylor, Rick Kearney, and records supervisor Dave Vinson who supervise the counselors and enforce the rules

Continued on additional paper (see attached to back)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensatory damages in the amount of 5 million dollars dollars for public humiliation, embarrassment, disgrace fright, injury to feeling, injury to reputation, emotional trauma and mental anguish. DE D.O.C. to review policies and procedures

3

2. When releasing information about sex offenders and not to disclose information to Worldwide internet for offenders who are not to be profiled as high risk sex offender such as (low risk) tier I (more and likely not to commit crime again). DE D.O.C. not to be

3. prejudiced toward sex offenders and not consider all sex offenders rapist (high risk sex offenders to be treated accordingly to DE law, and not considered dangerous, and exploited to the world as dangerous, causing irreparable harm and hedonic damages to me or others.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16th__ day of __October__, 2_0 0 6_. A.D.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

④ regulation; and policies concerning D.O.C. treatment and registration of sex offender allowed this to be released and me posted on internet as high risk sex offender violating my equal protection right 14 amendment Defamation of character and causing severe mental and emotional distress.

⑤ Lt. Col Thomas Macleish is supposed to audit Sex Offender registery whom succeeded Aaron L. Chaffinch they did not audit and allowed me a tier 1 sex offender to be posted on internet profiled as High risk sex offender which violated my 14th Amendment equal protection of laws also Defaming my Character, which cause severe mental and emotional distress.
   (see letter from Honorable Judge E. Scott Bradley attached)

SUPERIOR COURT
OF THE
STATE OF DELAWARE

E. SCOTT BRADLEY
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5256

March 29, 2006

Marvin D. Spady
SBI # 00224202
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

      RE: **State of Delaware v Marvin D. Spady**
         **Cr.A. No. 03-12-1195   Def. ID No. 0312013881**
         **Cr.A. No. 05-07-0387   Def. ID No. 0503022648**

Dear Mr. Spady:

      I have reviewed your letter dated March 6, 2006 that you wrote Judge Richard F. Stokes. You requested a Correction of Sentence under Def. ID No. 0312013881 and a Modification of Sentence under Def. ID No. 0503022648.

      As to the Correction of Sentence under Def. ID No. 0312013881 that I presided over, you were registered as a Tier 3 by the Dept. Of Correction before you were released. The tier level has been corrected to show Tier 1 as of Friday, March 24, 2006.

      As to the Modification of Sentence under Def. ID No. 0503022648 that Judge Stokes presided over, the initial offense arose when you registered an address that was a dilapidated, uninhabited trailer. Any person registered as a sex offender, regardless of the tier level, has their address verified. The violation of probation on that charge again occurred due to the fact that you provided an address to Probation and Parole that mail was sent to and returned from the post office marked "No Such Number/Street." If you still wish to file a Modification of Sentence for ID No. 0503022648, you will need to send that request directly to Judge Stokes.

                                       Very truly yours,

                                       E. Scott Bradley

ESB:lsm
**cc:** Prothonotary (ID # 0312013881)
      Prothonotary (ID # 0503022648)

