**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marvin D. Spady | 06-427-SLR |
| DEFENDANT | TYPE OF PROCESS |
| Aaron L. Chaffinch (Hudson et al) | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aaron L. Chaffinch Delaware State Police

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1441 N. Dupont Hwy Dover, De 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Marvin D. Spady S.B.I. 224202
D.C.C. H.U. 17 A u 4
1181 Paddock Rd.
Smyrna, De 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Marvin D. Spady
TELEPHONE NUMBER:
DATE: 10-24-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: bF
Date: 12-20-0[6]

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 12/20/06
Signature of U.S. Marshal or Deputy: bF

REMARKS: Retired - No longer @ this address
Ret Unexecuted