IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARVIN D. SPADY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MARY HUDSON, AARON L. | ) | C.A. No. 06-427 SLR |
| CHAFFINCH, THOMAS MACLEISH, | ) | |
| DANIELLE KRAMKA and | ) | |
| NANCY THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO AMENDED COMPLAINT**

COMES NOW State of Delaware Defendants, Mary Hudson, L. Aaron Chaffinch, Thomas MacLeish, Danielle Kramka and Nancy Thomas, by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting an enlargement of time pursuant to Fed.R.Civ.P. 6(b), within which to file a responsive pleading in the above-captioned case. In support of this motion, Defendants and counsel aver as follows:

1. Marvin Spady ("Plaintiff") is a *pro se* litigant incarcerated at Delaware Correctional Center in Kent County, Delaware.

2. On or about October 23, 2006, plaintiff filed an Amended Complaint under 42 U.S.C.A. §1983 in this Court. (D.I. 10). The amended complaint, which followed the Court's dismissal *sua sponte* of several additional defendants named in the original Complaint, generally alleges violations of Constitutional rights in connection with Plaintiff's classification on the Delaware Sex Offender Registry. This Court granted plaintiff leave to proceed *in forma pauperis.* (D.I. 4).

3. Service of the October 23, 2006 Amended Complaint was not executed upon the office of the Attorney General until on or about December 28, 2006 and was forwarded to the undersigned counsel on or about January 8, 2007. (D.I. 14).

4. Upon review of the docket, it appears that Waiver of Service forms, dated December 20, 2006, were sent to Defendants Nancy Thomas and Mary Hudson. These forms were returned by said defendants on January 4 and January 5, 2007, respectively, independent of undersigned counsel, who will be representing these State employee defendants. (D.I. 13, 16).

5. The docket also shows that, to date, Plaintiff has not effected service on the remaining State Defendants, L. Aaron Chaffinch (former Colonel, Delaware State Police); Colonel Thomas MacLeish, and Danielle Kramka.

6. According to the rules of this Court, Defendants Thomas and Hudson's responsive pleadings to plaintiff's complaint would be due on Tuesday, February 20, 2007. (D.I. 13, 16).

7. Due to Defendant's counsel's absence from the office from February 9 through February 15, 2007 and other matters currently pending in this Court and the Delaware Supreme Court, counsel will require additional time to adequately represent her clients in this matter and respond to plaintiff's complaint. In addition, undersigned counsel will respond to the Amended Complaint as to all State Defendants (served and unserved), but without waiver of any defenses as to service deficiencies.

8. Accordingly, counsel hereby requests an extension of time until March 15, 2007, in which to file a responsive pleading.

9. This is Defendants' first request for an extension of time to file a responsive pleading in this case.

10. A form of order is attached to this motion that will grant Defendants an extension of time until on or before March 15, 2007, in which to file a responsive pleading.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that this Honorable Court grant Defendants' request for an extension of time and set the deadline for filing a responsive pleading to the Amended Complaint on or before March 15, 2007.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Stephani J. Ballard
        **STEPHANI J. BALLARD**, #3481
        Deputy Attorney General
        Department of Justice
        State of Delaware
        Carvel State Office Building
        820 North French Street, 6th Fl.
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendants

Dated: February 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARVIN D. SPADY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MARY HUDSON, AARON L. CHAFFINCH, THOMAS MACLEISH, DANIELLE KRAMKA and NANCY THOMAS, | ) ) ) ) ) | C.A. No. 06-427 SLR |
| Defendants. | ) | |

## ORDER

Upon the Defendants' Motion for Enlargement of Time in Which to Respond to Amended Complaint and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The defendants have until on before March 15, 2007 in which to file a response to the amended complaint.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on February 16, 2007, she caused the attached *Defendant's Motion for Enlargement of Time in which to Respond to Amended Complaint* to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Marvin D. Spady
SBI# 224202
DCC
1181 Paddock Road
Smyrna, DE 19977


MANNER OF DELIVERY:

___One true copy by facsimile transmission to each recipient

_X_ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

 

/s/ Stephani J. Ballard
**STEPHANI J. BALLARD**, #3481
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

.