# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVIN D. SPADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 06-427-SLR |
| | ) |
| MARY HUDSON *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned Deputy Attorney General enters his appearance as counsel of record for defendant Thomas F. MacLeish.

Respectfully submitted,

/s/ W. Michael Tupman, Esquire
W. Michael Tupman, Esquire
Deputy Attorney General
Delaware Department of Justice
102 West Water Street, 3rd Floor
Dover, DE 19904
(302) 739-7641

Dated: February 20, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of February, 2007 I caused to be served electronically with the Court the foregoing Notice of Entry of Appearance; on that same date, I served a hard-copy of that Notice by first-class U.S. Mail, postage prepaid, to the Clerk of the Court; and on that same date, I served a hard copy of that notice by first-class mail, postage prepaid, to:

      Marvin D. Spady
      Sussex Correctional Institution
      P.O. Box 500
      Georgetown, DE 19947
      Plaintiff *pro se*

      /s/ W. Michael Tupman, Esquire
      W. Michael Tupman, Esquire

I:\TUPMAN\FILES\spady.notice.entry.appearance.wpd