## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARVIN D. SPADY | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MARY HUDSON, AARON L. CHAFFINCH, | ) | C.A. No. 06-427 SLR |
| THOMAS MACLEISH, DANIELLE KRAMKA | ) | |
| and NANCY THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS COMPLAINT

The above-captioned Defendants, by and through their counsel, hereby move this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying Defendants' Opening Brief in Support of Motion to Dismiss.

                **DEPARTMENT OF JUSTICE**
                **STATE OF DELAWARE**

                */s/Stephani J. Ballard*
                Stephani J. Ballard (I.D. No. 3481)
                Deputy Attorney General
                Carvel State Office Building
                820 North French Street
                Wilmington, DE 19801
                (302) 577-8400
                Attorney for Defendants

DATED: March 14, 2007

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on March 14, 2007, she caused the attached ***Defendants'*** ***Motion to Dismiss Complaint*** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Marvin D. Spady
SBI# 224202
DCC
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

\_\_\_\_\_   One true copy by facsimile transmission to each recipient.

  X    Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_\_   Two true copies by Federal Express.

\_\_\_\_\_   Two true copies by hand delivery to each recipient.

/s/*Stephani J. Ballard*
Stephani J. Ballard, I.D. No. 3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
Attorney for Defendants