4-18-07

To: Peter T. Dalleo Clerk (U.S. District Court)    Case Name Spady v Hudson et al
Lockbox 18    Case Number: 1:06cv427
844 King Street
U.S. Courthouse
Wilmington, De 19801

Dear Mr. Dalleo / U.S. District Court,
    I am writing in concern of an extension of time to respond to a motion to dismiss my complaint that I mailed on March 27, 2007. The deadline for my Answering Brief/Response due date per local Rules was 4-2-07. I am no longer housed in Secured housing Unit and was waiting on a response from the court as to when my new extension date is. I have been moved to medium housing unit and now have access to law library to research my case to respond to the motion to dismiss. I would like to know where my response is or how long do I have to respond. Your time and cooperation is greatly appreciated in this matter.

Sincerely,
Mawin D. Spady
SBI 224202
D.C.C. D.East-D-14
1181 Paddock Rd
Smyrna, De 19977

O.C. Peter Dalleo
CC Marvi-Spady


FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Marvin O. Spady
SBI# 224202   UNIT DCWST 014
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 APR 2007 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De
19801-3570