

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

April 27, 2007

Civil Division-New Castle County

The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

    Re:  *Spady v. Hudson, et al.*
          *C.A. No. 06-427 SLR*

Dear Judge Robinson:

    State Defendants have no opposition to Plaintiff, Marvin Spady's, Motion for Extension of Time (D.I. 23) to respond to Defendants' Motion to Dismiss. Mr. Spady does not state how long an extension he is requesting. Please advise a response date the Court deems appropriate.

    Thank you.

                                   Respectfully submitted,

                                   Stephani J. Ballard
                                   Deputy Attorney General

Cc:  Marvin D. Spady
      SBI #224202
      D.C.C.
      1181 Paddock Road
      Smyrna, DE 19977