IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVIN D. SPADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-427-SLR |
| | ) |
| MARY HUDSON, AARON L. | ) |
| CHAFFINCH, THOMAS MACLEISH, | ) |
| DANIELLE KRAMKA, and NANCY | ) |
| THOMAS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 17th day of May, 2007, having reviewed plaintiff's letter motion for an extension of time to respond to defendants' motion to dismiss and defendants' having informed the court that they have no objection to this request (D.I. 24);

IT IS ORDERED that:

1. Plaintiff's motion is granted. (D.I. 23)

2. Because matters outside of the pleadings were presented to the court in support of said motion to dismiss, the court will review the motion as one for summary judgment pursuant to Fed. R. Civ. P. 12(b) and 56(b).

3. Briefing on this motion shall proceed in accordance with the following schedule:

   a) Plaintiff shall file and serve a response to defendants' motion (including an answering brief and accompanying affidavits, exhibits, etc., if any) on or

before **June 14, 2007**.

        b) Defendants may file and serve a reply brief on or before **June 28, 2007**.

_____
United States District Judge